### 19643

The STATE, Respondent, v. Teddie Dan GADSDEN, Appellant
(197 S. E. (2d) 300)

*Messrs. De Rosset Myers,* of Charleston, and *W. Bailey Watson,* of North Charleston, *for Appellant.*

*Robert B. Wallace, Esq., Sol.,* of Charleston, *for Respondent.*

June 20, 1973.

*Per Curiam.*

Appellant, represented by appointed counsel, was convicted of murder and sentenced to life imprisonment. The grounds of his appeal from that conviction are manifestly without merit and, pursuant to Rule 23 of the Supreme Court Rules, the appeal is dismissed.

Appeal dismissed.